IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMAR EWIDEH and NIVERTITI GEAITH, | : | No. 1:24cv241 |
| Plaintiffs | : | (Judge Munley) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| HOMESITE INSURANCE COMPANY OF THE MIDWEST, et al., | : | |
| Defendants | : | |

## ORDER

Presently before the court is the Report and Recommendation ("R&R") of Magistrate Judge Martin C. Carlson recommending that Plaintiffs' motion for entry of default be denied. (Doc. 67). No objections to the R&R have been filed and the time for such filing has passed.

After a careful review, the court finds neither clear error on the face of the record nor a manifest injustice, and therefore, the court shall accept the R&R and adopt it in its entirety. Accordingly, it is hereby **ORDERED** as follows:

1) The R&R (Doc. 67) is **ADOPTED** in its entirety;

2) Plaintiffs' motion for default judgment (Doc. 60) is **DENIED**; and

3) This matter is remanded to Magistrate Judge Carlson for further proceedings.

BY THE COURT:

Date: 4/11/24

_____
JUDGE JULIA K. MUNLEY
United States District Court