IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMAR EWIDEH and NIVERTITI GEAITH, | : | No. 1:24cv241 |
| Plaintiffs | : | |
| | : | (Judge Munley) |
| | : | |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| HOMESITE INSURANCE COMPANY OF THE MIDWEST, et al., | : | |
| Defendants | : | |

## ORDER

Presently before the court is the Report and Recommendation ("R&R") of Magistrate Judge Martin C. Carlson recommending that defendants' motion to dismiss be granted. (Doc. 75). No objections to the R&R have been filed and the time for such filing has passed.

After a careful review, the court finds neither clear error on the face of the record nor a manifest injustice, and therefore, the court shall accept the R&R and adopt it in its entirety. Accordingly, it is hereby **ORDERED** as follows:

1) The R&R (Doc. 75) is **ADOPTED**;

2) Defendants' motion to dismiss (Doc. 62) is **GRANTED**;

3) Plaintiffs' complaint (Doc. 1) is **DISMISSED**; and

4) The Clerk of Court is directed to close this case.

Date: 5/2/24

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court