IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OMAR EWIDEH and NIVERTITI GEAITH,** | : | No. 1:24cv241 |
| Plaintiffs | : | (Judge Munley) |
| v. | : | |
| **HOMESITE INSURANCE COMPANY OF THE MIDWEST, et al.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 31st day of July 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendants' motion to dismiss plaintiffs' amended complaint (Doc. 99) is **GRANTED**;

2) Plaintiffs' amended complaint is **DISMISSED** with prejudice;

3) Plaintiffs' letter request for a stay (Doc. 109) is **DENIED**; and

4) The Clerk of Court is directed to close this case.

Date: 7/31/24

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court